■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTIONE MATTHEWS, Appellant. (Appeal No. 2.) [648 NYS2d 365] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *People v Matthews* (231 AD2d 932 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Sheridan, J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.